# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
### ALEXANDRIA DIVISION

**DANIEL HAGOS #A027-284-103**                    **CASE NO.  1:25-CV-01280 SEC P**

**VERSUS**                                        **JUDGE TERRY A. DOUGHTY**

**U S IMMIGRATION & CUSTOMS**                     **MAGISTRATE JUDGE PEREZ-**
**ENFORCEMENT ET AL**                             **MONTES**

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein [Doc. No. 21], after an independent review of the record, no objections thereto have been filed and after determining that the findings are correct under the applicable law,

**IT IS ORDERED**, **ADJUDGED**, **AND DECREED** that Petitioner's Petitions for Writ of Habeas Corpus [Doc. Nos. 1, 4] are **GRANTED**. Respondents must release Petitioner on the same conditions governing his previous release as soon as reasonably possible and **must notify the Court of Petitioner's release within 24 hours of Petitioner's release** via the following email: doughty_motions@lawd.uscourts.gov.

MONROE, LOUISIANA, this 17th day of April 2026.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE